UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
APR 27 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

United States of America, ) Case No. CR 15-214 EJD
  )
      Plaintiff, ) STIPULATED ORDER EXCLUDING TIME
  v. ) UNDER THE SPEEDY TRIAL ACT    APR 27 2015
Mario Cuahutle-Garcia )
ET. AL. )
  )
      Defendant. )

For the reasons stated by the parties on the record on __4/16__, 2015 the Court excludes time under the Speedy Trial Act from __4/16__, 2015 to __5/11__, 2015 and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

____ Failure to grant a continuance would be likely to result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(7)(B)(i).

____ The case is so unusual or so complex, due to [check applicable reasons] ____ the number of defendants, ____ the nature of the prosecution, or ____ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. See 18 U.S.C. § 3161(h)(7)(B)(ii).

____ Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

____ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

__X__ Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 4/14/2015

_____
United States Magistrate Judge

STIPULATED: _____      _____
Attorney for Defendant                     Assistant United States Attorney
GEORGE BOISSEAU                            BEN TOLKOFF

_____                  _____   Nathan
ELIZABETH FALK                             STUART HANLON                Peterson
                                                                        for